MN-305

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
### Fergus Falls DIVISION

In RE:

HUBER, JEFFREY DEAN,

Debtor(s).

Case No. 05-62053
Chapter 7

## UNCLAIMED DIVIDENDS/DISTRIBUTION LESS
## THAN $5.00 FOR DEPOSIT TO REGISTRY FUND

Please Check One:

☐   Unclaimed Dividends

☒   Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American Express Travel Related Services Co, Inc c/o Becket and Lee LLP, POB 3001 Malvern, PA 19355-0701 | 4 | 1,412.03 | 4.54 |

Date:   October 16, 2009

/e/ DAVID G. VELDE
DAVID G. VELDE, Trustee

RECEIVED 09 OCT 19 AM 10: 14 U.S. BANKRUPTCY COURT FERGUS FALLS, MN